UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
YU ZHANG, on his own behalf and on behalf of others
similarly situated,

                              Plaintiff,

v.                                                          18 CV 12330 (VB)
                                                            NOTICE OF MOTION FOR
                                                            APPROVAL OF SETTLEMENT
                                                            AGREEMENT
ARIA ASIAN CORP., d/b/a Aria Fusion Sushi;
ARIA LUCKY STAR 888 INC. d/b/a Aria Asian
Fusion Sushi; HUANG LIN; LIFA LIN;
"JOHN" CHEN; and "JANE" CHEN,
                              Defendants.
-------------------------------------------------------------------X

   **PLEASE TAKE NOTICE** that upon the attached affirmation of Aleksander B. Milch,

attorney for defendants, Aria Lucky Star 888 Inc. d/b/a/ Aria Asian Fusion Sushi and Lifa Lin, the

sworn affidavit of defendant, Lifa Lin, and all of the papers and proceedings heretofore had herein,

the defendants, Aria Lucky Star 888 Inc. d/b/a/ Aria Asian Fusion Sushi and Lifa Lin move this

Court, Justice Vincent L. Briccetti, U.S. District Judge, pursuant to the holding in *Cheeks v.*

*Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) to seek this Court's approval of the

settlement agreement previously negotiated between plaintiff and defendants and memorialized in

writing.

   Pursuant to this Court's Order dated September 11, 2019, any opposition papers must be

served by counsel for the plaintiff and filed with this Court on or before October 9, 2019.  Any

reply in further support of this motion must be served by counsel for the defendants and filed with

this Court on or before October 23, 2019.

Dated:  Flushing, New York
        September 25, 2019

The Kasen Law Firm, PLLC
Attorneys for Defendants,
ARIA LUCKY STAR 888 INC. d/b/a Aria
Asian Fusion Sushi and Lifa Lin


By:  Aleksander Milch, Esq.
AM6555
136-20 38th Avenue, Suite 3C
Flushing, New York 11354
Tel. 718-337-8012
Fax 718-709-8850
Email: aleks@kasenlawfirm.com

To:     Troy Law, PLLC
        Counsel for the Plaintiff, Yu Zhang
        41-25 Kissena Blvd., Suite 119
        Flushing, New York 11355
        Tel. 718-762-1324

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YU ZHANG, on his own behalf and on behalf of others
similarly situated,

        Plaintiff,

v.

ARIA ASIAN CORP., d/b/a Aria Fusion Sushi;
ARIA LUCKY STAR 888 INC. d/b/a Aria Asian
Fusion Sushi; HUANG LIN; LIFA LIN;
"JOHN" CHEN; and "JANE" CHEN,
        Defendants.
------------------------------------------------------------------X

18 CV 12330 (VB)

ATTORNEY AFFIRMATION
IN SUPPORT OF MOTION
FOR APPROVAL OF
SETTLEMENT AGREEMENT

STATE OF NEW YORK:  }
      SS:   }
COUNTY OF QUEENS  }

I, ALEKSANDER B. MILCH, an attorney duly admitted to practice before the United States

District Court, Southern District of New York, make the following affirmation in support of this

Motion for Approval of Settlement Agreement:

1. I am an attorney duly admitted to practice law before the United States District Court,
   Southern District of New York.

2. I am associated with the The Kasen Law Firm, PLLC ("Kasen"), the attorneys representing
   the defendants, ARIA LUCKY STAR 888 INC. d/b/a Aria Asian Fusion Sushi ("Aria
   Lucky Star 888") and LIFA LIN.

3. Aria Lucky Star 888 and Lifa Lin retained Kasen on the evening of September 5, 2019.

4. I entered my appearance on behalf of Aria Lucky Star 888 and Lifa Lin on the morning of
   September 6, 2019.

5. The statements which I make in this affirmation are true to the best of my knowledge, upon
   information and belief, including my discussions with Mr. Lifa Lin, my review of the file

maintained by Kasen, and the materials which have been made a part of this Court's case docket.

6. The instant motion is made in conformity with the Order of this Court dated September 11, 2019, directing the defendants to move this Court for approval of the settlement agreement made and executed between the parties, without the assistance of counsel and without the approval of either this Court or the Department of Labor, directing final settlement in the amount this case in the amount of $8,5000.00 to be paid to the plaintiff.

7. A copy of the settlement agreement—written in Chinese—with a translation and certificate of translation is attached hereto as <u>Exhibit B</u>.

8. Plaintiff was represented by counsel at the time he signed the settlement agreement. Defendants were *not* yet represented by Kasen.

9. The settlement agreement was executed on August 26, 2019 without having been presented to this Court or the Department of Labor for approval.

10. An affidavit by the defendant, Lifa Lin, describing the circumstances of the settlement agreement is attached hereto as <u>Exhibit A</u>.

11. Nonetheless, defendants remitted the sum of $8,500.00 to the plaintiff and plaintiff, although represented by counsel cashed the check by which plaintiff made the payment. A copy of the check and a redacted bank statement showing plaintiff's negotiation of the check are attacked hereto as <u>Exhibit C</u>.

12. Meanwhile, plaintiff's counsel sought the entry of a default against Aria Lucky Star 888 and Lifa Lin.

13. This action prompted Aria Lucky Star 888 and Lifa Lin to retain Kasen as counsel.

14. I notified plaintiff's counsel of the foregoing sequence of events by telephone on September 8, 2019 and then through email correspondence.

15. Disclosure to this Court of the settlement agreement and plaintiff's negotiation of the check for $8,500.00 provoked the status conference conducted by this Court on September 11, 2019.

16. Upon information and belief, plaintiff remains in possession of the sum of $8,500.00.

17. Through this motion, defendants now seek this Court's approval of the sum of $8,500.00 as final resolution of the matters raised in this case.

18. Defendants, Aria Lucky Star 888 and Lifa Lin, by the undersigned counsel, submit that this settlement amount is fair and reasonable and worthy of final approval by this Court. The undersigned has maintained an open line of communication with counsel for the plaintiff pursuant to this Court's direction.

19. First, plaintiff's counsel conceded during the conference of September 11, 2019 that plaintiff's actual unpaid wages amounted to $6,100.00.  Therefore, the settlement amount of $8,500.00 exceeds the value of plaintiff's claims.

20. Second, no other current or former employees have yet been made a part of this lawsuit. Through the order of September 11, 2019, the Court denied the plaintiff's motion for conditional collective certification without prejudice as premature. *See* Order, filed 9/11/19, Par. 1.

21. Third, defendant, Aria Lucky Star 888 and Lifa Lin, have limited financial resources.

22. Fourth, upon information and belief, plaintiff has not returned the sum of $8,500.00 to the defendants, Aria Lucky Star 888 or Lifa Lin or placed the said amount in an escrow

account pending the resolution of this lawsuit, thereby indicating satisfaction with this sum to resolve the claims raised in this lawsuit.

23. Fifth, plaintiff, by taking actions without the knowledge of his counsel, has acted in bad faith and caused the protraction of these proceedings and further expense to the defendants, Aria Lucky Star 888 and Lifa Lin.

24. Sixth, upon information and belief, plaintiff's counsel, by not monitoring the actions of their client in this matter, have also acted in bad faith and now only seek to aggrandize the settlement amount to which the plaintiff agreed in order to enhance the portion thereof which it will receive through the resolution of this lawsuit, rather than join this motion to seek this Court's approval of the amount which the parties themselves have already seen fit to conclude the issues raised by this lawsuit.

**WHEREFORE**, the defendants, Aria Lucky Star 888 Inc. d/b/a Aria Asian Fusion Sushi and Lifa Lin, seek this Court's review and approval of the matters raised in this lawsuit through approval of the amount of $8,500.00 already remitted by the defendants to the plaintiff, as well as direction of submission of a joint revised settlement agreement reflecting this amount of $8,500.00 as resolution of all issues raised herein and the other terms necessary for this action to be dismissed with prejudice to be so-ordered by the Court, along with such other and further relief as this Court deems just and proper.

Dated:  Flushing, New York  
       September 25, 2019

The Kasen Law Firm, PLLC

By:  Aleksander Milch, Esq.  
AM6555  
136-20 38th Avenue, Suite 3C  
Flushing, New York 11354  
Tel. 718-337-8012  
Fax 718-709-8850  
Email: aleks@kasenlawfirm.com

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
YU ZHANG, on his own behalf and on behalf of others
similarly situated,

                           Plaintiff,

v.

ARIA ASIAN CORP., d/b/a Aria Fusion Sushi;
ARIA LUCKY STAR 888 INC. d/b/a Aria Asian
Fusion Sushi; HUANG LIN; LIFA LIN;
"JOHN" CHEN; and "JANE" CHEN,
                           Defendants.
--------------------------------------------------------------------X

18 CV 12330 (VB)

AFFIDAVIT OF LIFA LIN
IN SUPPORT OF MOTION
FOR APPROVAL OF
SETTLEMENT AGREEMENT

STATE OF NEW YORK:    }
                   SS:    }
COUNTY OF QUEENS    }

1. My name is Lifa Lin.

2. I am the owner of the corporation, ARIA LUCKY STAR 888 d/b/a Aria Asian Fusion Sushi.

3. My attorney is Aleksander Milch, Esq., who is associated with and in the employ of the Kasen Law Firm, PLLC (hereinafter, "Kasen"). I retained Kasen to represent me in this case on September 5, 2019.

4. My delay in finding a new lawyer was because I do not have a lot of money to pay for legal fees and I had to save up money to retain Kasen. Kasen is a neighborhood law firm in Flushing, New York where the members of the support staff speak the Mandarin dialect of Chinese. That is my native language.

5. There are many expenses involved in operating my restaurant and I do my best to pay all of them on time. I am a small businessperson.

6. I make this affidavit in support of this motion to seek this Court's approval of the settlement agreement (hereinafter, "settlement agreement" or "agreement") which ARIA LUCKY

STAR 888 d/b/a Aria Asian Fusion Sushi and I reached with the plaintiff, Mr. Yu Zhang on August 26, 2019.

7. A copy of the settlement agreement, which is written in the Mandarin dialect of Chinese, as well as a translation thereof are included with this motion.

8. The matter was settled as among ARIA LUCKY STAR 888 d/b/a Aria Asian Fusion Sushi, Lifa Lin, and Yu Zhang in the amount of $8,500.00 in U.S. funds by check # 1648 drawn on the bank account with Bank of America for ARIA LUCKY STAR 888 d/b/a Aria Asian Fusion Sushi.

9. I sent payment in this amount to Mr. Zhang by check # 1648 and he cashed the check.

10. A redacted copy of my statement from the bank account for ARIA LUCKY STAR 888 d/b/a Aria Asian Fusion Sushi indicating that the check was cashed is also included with this motion.

11. I am not a lawyer and I do not know that much about legal matters in the U.S.

12. English is not my native language.  I speak some English, but not fluently.  I certainly do not know English legal terminology.

13. I also did not have a lawyer at the time the settlement agreement was negotiated, written, and signed.

14. I did my best by reaching this agreement with the plaintiff and paying him promptly.

15. Because Mr. Zhang cashed the check and kept the money, my understanding was that he was in full accord with our settlement agreement.  To this date, he has not returned the $8,500.00 to me.

16. Therefore, I was extremely surprised to learn that plaintiff's attorney then arranged for a default to be entered by the Clerk of the Court against ARIA LUCKY STAR 888 INC.

d/b/a Aria Asian Fusion Sushi and against me, LIFA LIN right after I made this agreement with him.

17. I was and still am surprised that the plaintiff did not immediately inform this Court that we had made a settlement agreement and that I actually paid him pursuant to the agreement and that he accepted and cashed the check which represented the settlement amount. To my understanding, the dispute was settled. I did not have a lawyer at the time we made this agreement, whereas the plaintiff, Mr. Yu Zhang, did.

18. I have also found out that Mr. Zhang has brought other types of lawsuits like this one against other employers. Therefore, it seems that he knows quite a bit about legal matters such as these.

19. Since Mr. Zhang expressed complete satisfaction with the sum of $8,500.00 and cashed the check I sent to him, I think that perhaps his attorneys are the ones who want more money.

20. Nevertheless, my attorney has now explained to me that for the settlement agreement to officially and finally resolve this lawsuit and the claims raised by Mr. Zhang, the agreement must have the approval of this Court. I did not know that at the time—I did not have a lawyer and I do not speak English that well.

21. My attorney has explained to me that he is now preparing a motion seeking this Court's approval of the settlement agreement and that this affidavit will be part of the motion.

22. My attorney has also sent me a copy of this Court's order dated September 11, 2019 and explained that he, as my attorney, and I must comply with it. My attorney and I are working together to comply with all the terms.

23. Therefore, through this motion and the supporting papers, as prepared by my current attorney, I respectfully request that this Court approve the $8,500.00 settlement amount to be reflected in a proposed, revised settlement agreement to be presented to this Court.

**WHEREFORE**, the defendants, Aria Lucky Star 888 Inc. d/b/a Aria Asian Fusion Sushi and Lifa Lin, seek this Court's approval of the settlement of this lawsuit in the amount of $8,500.00 already remitted by the defendants to the plaintiff, along with such other and further relief as this Court deems just and proper.

*The foregoing affidavit has been read back to me in my native language of Mandarin and is true and correct to the best of knowledge.*

LI FA LIN
LIFA LIN

Sworn to before me this 24th day of
September 2019

NOTARY PUBLIC

ALEKSANDER B. MILCH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MI6004796
Qualified in New York County
My Commission Expires 03-30-2022

EXHIBIT B

和解书

Case number: 7:18-CV-12330-VB.

原告: zhang yu          被告: Li Fa Lin

8/26/2019 被告 Li Fa Lin and Aria Lucky Star 888 inc 愿意以$8500付给原告 zhang yu 做为和解条件。原告 zhang yu 收到被告 Li Fa Lin $8500后，双方以后没有任何纠纷，此后原告不可以在再被告损起诉讼。

此和解书为保密协级，被告 Li Fa Lin 不可再在任何第三方透露和解信息，如向第三方透露，原告 zhang yu 有权处罚起诉被告 Li Fa Lin 之前的授权事宜，但是如果是因为原告自己透露在任何信息给第三方，被告不付任何责任。

原告 zhang yu 收到被告 Li Fa Lin 公司付的 $8500后应马上对被告 Li Fa Lin 的公司取消诉讼，如不撤诉，原告应当退还 $8500 给被告 Li Fa Lin，否则被告 Li Fa Lin 有权追究责任。

STATE OF NEW YORK ;
COUNTY OF QUEENS ; 27 SS:
Sworn to before me on this _____ day of Aug _____ 19

Notary Public

HONG WU JIANG
Notary Public, State of New York
No. 01HO6189625
Qualified in Kings County
Certificate Filed in Queens County
Commission Expires June 30, 2020

原告: 甲方: YU ZHANG

被告: 乙方: LI FA Lin

8/26/2019

# Settlement Agreement

Case Number: 7:18 – CV – 12330 – VB

The Plaintiff: Zhang Yu                                    The Defendant: Li Fa Lin

On 8/26/2019 the Defendant Li Fa Lin and Aria Lucky Star 888 Inc. are willing to pay the Plaintiff Zhang Yu as the settlement price. After the Plaintiff Zhang Yu received $8,500 from the Defendant Li Fa Lin, there are no more dispute between them, the Plaintiff release the right to bring suits against the defendant.

This settlement is confidential, the Defendant Li Fa Lin must not share any information regarding to this settlement to a third party. If the Defendant Li Fa Lin shared any information regarding to this settlement to a third party, the Plaintiff has right to sue the Defendant Li Fa Lin regarding the previous torts. However, the plaintiff releases any information regarding to this settlement to a third party, the Defendant has no obligation.

The Plaintiff Zhang Yu must withdraw the suit against the Defendant Li Fa Lin's company after receiving the $8,500 from Defendant Li Fa Lin's company. If not, the Plaintiff must return $8,500 to the Defendant Li Fa Lin. Otherwise, the Defendant LI Fa Lin shall have the right to pursue the Plaintiff's legal responsibilities.

The Plaintiff: the first party: Yu Zhang

The Defendant: The Second Party: Li Fa Lin

8/26/2019

STATE OF NEW YORK }
COUNTY OF QUEENS } SS:
Sworn to before me on this ___ day of ___ 19

Notary Public

HONG WU JIANG
Notary Public, State of New York
No. 01HO6169625
Qualified in Kings County
Certificate Filed in Queens County
Commission Expires June 30, 2020

## Certificate of Translation

I, _____ Linli Wang _____, am competent to translate from _ Mandarin

into English, and certify that the translation of this _ Settlement _ is true

and accurate to the best of my abilities.


_____ Linli Wang _____
Signature of Translator                              Typed Name of Translator


_____ 136-20 38th Ave, Suite 3C, Flushing, NY 11354 _____
Address of Translator


_____ 718 337 8012 _____
Telephone Number of Translator

EXHIBIT C

☑ **Track your expenses...**
☐ Clothing          ☐ Food          ☐ Transportation          ☐ TAX-DEDUCTIBLE ITEM          **1648**
☐ Credit Card       ☐ Utilities     ☐ Mortgage
☐ Entertainment     ☐ Insurance     ☐ Other:

8/26/2019

Yu zhang

eight thousand five hundred

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 8500.00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

For added security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**



P.O. Box 15284
Wilmington, DE 19850

Business Advantage
Relationship Rewards

**Customer service information**

✆  1.888.BUSINESS (1.888.287.4637)

⚲  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ARIA LUCKY STAR 888 INC.
385 HALSTEAD AVE
HARRISON, NY  10528-3727

## Your Business Fundamentals Checking
## Relationship Rewards Platinum

for August 1, 2019 to August 31, 2019                Account number: ▇▇▇▇▇▇▇▇▇

**ARIA LUCKY STAR 888 INC.**

### Account summary

| | | | |
|---|---|---|---|
| Beginning balance on August 1, 2019 | $45,299.52 | # of deposits/credits: 29 | |
| Deposits and other credits | 44,086.14 | # of withdrawals/debits: 42 | |
| Withdrawals and other debits | -9,172.92 | # of items–previous cycle[1]: 29 | |
| Checks | -47,474.02 | # of days in cycle: 31 | |
| Service fees | -0.00 | Average ledger balance: $45,749.12 | |
| **Ending balance on August 31, 2019** | **$32,738.72** | [1]Includes checks paid,deposited items&other debits | |

BANK OF AMERICA BUSINESS ADVANTAGE

More cash back for your business, plus a $300 statement credit*

To apply for the no annual fee Business Advantage Cash Rewards credit card, call **888.895.4909** or
go to **bankofamerica.com/Biz300** today.

*To qualify for the statement credit, you must open a new small business credit card account and make at least $3,000 in Net Purchases with your card that post to your account within 90 days from the credit card account opening. Net Purchases exclude any transaction fees, returns and adjustments. The statement credit will be applied to the company's business card account. One $300 statement credit allowed per company. Please allow 10-12 weeks after the qualifying transaction posts to your account to receive your statement credit. Offer subject to change without notice. See bankofamerica.com.

ARIA LUCKY STAR 888 INC.  |  Account █████████  |  August 1, 2019 to August 31, 2019

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



## Bank of America

### Your checking account

ARIA LUCKY STAR 888 INC.   |   Account #   |   August 1, 2019 to August 31, 2019

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/19 | | |
| 08/02/19 | | |
| 08/02/19 | | |
| 08/05/19 | | |
| 08/05/19 | | |
| 08/06/19 | | |
| 08/06/19 | | |
| 08/07/19 | | |
| 08/08/19 | | |
| 08/09/19 | | |
| 08/12/19 | | |
| 08/12/19 | | |
| 08/13/19 | | |
| 08/14/19 | | |
| 08/16/19 | | |

continued on the next page

**Bank of America Business Advantage**

### What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like. Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

ARIA LUCKY STAR 888 INC.  |  Account # ▬▬▬▬▬  |  August 1, 2019 to August 31, 2019

## Deposits and other credits - continued



| Date | Description | Amount |
|------|-------------|--------|
| 08/16/19 | | |
| 08/19/19 | | |
| 08/20/19 | | |
| 08/20/19 | | |
| 08/22/19 | | |
| 08/23/19 | | |
| 08/23/19 | | |
| 08/26/19 | | |
| 08/26/19 | | |
| 08/27/19 | | |
| 08/27/19 | | |
| 08/28/19 | | |
| 08/29/19 | | |
| 08/30/19 | | |

**Total deposits and other credits**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/05/19 | | |
| 08/15/19 | | |
| 08/16/19 | | |
| 08/19/19 | | |
| 08/19/19 | | |
| 08/19/19 | | |

continued on the next page

**Bank of America** ▀▀▀

Your checking account

ARIA LUCKY STAR 888 INC.   |   Account #  ▮▮▮▮▮▮   |   August 1, 2019 to August 31, 2019

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 08/22/19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| **Subtotal for card account #** ▮▮▮ | | ▮▮▮▮ |
| ▮▮▮▮▮ | | |
| 08/01/19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 08/01/19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 08/02/19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 08/12/19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 08/14/19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 08/16/19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 08/26/19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| 08/26/19 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
| **Subtotal for card account** ▮▮▮▮ | | ▮▮▮▮ |
| **Total withdrawals and other debits** | | ▮▮▮▮ |

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 08/07/19 | | ▮▮▮▮ |
| 08/09/19 | 1611 | ▮▮▮▮ |
| 08/26/19 | 1615* | ▮▮▮▮ |
| 08/13/19 | 1616 | ▮▮▮▮ |
| 08/07/19 | 1617 | ▮▮▮▮ |
| 08/06/19 | 1618 | ▮▮▮▮ |
| 08/13/19 | 1623* | ▮▮▮▮ |
| 08/14/19 | 1624 | ▮▮▮▮ |
| 08/07/19 | 1625 | ▮▮▮▮ |
| 08/14/19 | 1627* | ▮▮▮▮ |
| 08/13/19 | 1628 | ▮▮▮▮ |
| 08/09/19 | 1629 | ▮▮▮▮ |
| 08/07/19 | 1631* | ▮▮▮▮ |

| Date | Check # | Amount |
|------|---------|--------|
| 08/26/19 | 1633* | ▮▮▮▮ |
| 08/26/19 | 1634 | ▮▮▮▮ |
| 08/22/19 | 1635 | ▮▮▮▮ |
| 08/12/19 | 1636 | ▮▮▮▮ |
| 08/19/19 | 1637 | ▮▮▮▮ |
| 08/22/19 | 1638 | ▮▮▮▮ |
| 08/12/19 | 1639 | ▮▮▮▮ |
| 08/19/19 | 1640 | ▮▮▮▮ |
| 08/16/19 | 1641 | ▮▮▮▮ |
| 08/21/19 | 1642 | ▮▮▮▮ |
| 08/16/19 | 1643 | ▮▮▮▮ |
| 08/21/19 | 1646* | ▮▮▮▮ |
| 08/27/19 | 1648* | -8,500.00 |
| **Total checks** | | ▮▮▮▮ |
| **Total # of checks** | | 26 |

* There is a gap in sequential check numbers

ARIA LUCKY STAR 888 INC.   |   Account # ▓▓▓▓▓▓▓   |   August 1, 2019 to August 31, 2019

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 07/31/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓   $250+ in new net purchases on a linked Business debit card
- ✓   $250+ in new net purchases on a linked Business credit card
- ✓   $3,000+ minimum daily balance in primary checking account
- ✓   $5,000+ average monthly balance in primary checking account
- ✓   $15,000+ combined average monthly balance in linked business accounts
- ✓   enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 08/30/19 | Bus Adv Rel Rwds-Check Image Fee Waiver of $3 | -0.00 |
| **Total service fees** | | **-$0.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 08/01 | ▓▓▓ | 08/13 | ▓▓▓ | 08/22 | ▓▓▓ |
| 08/02 | ▓▓▓ | 08/14 | ▓▓▓ | 08/23 | ▓▓▓ |
| 08/05 | ▓▓▓ | 08/15 | ▓▓▓ | 08/26 | ▓▓▓ |
| 08/06 | ▓▓▓ | 08/16 | ▓▓▓ | 08/27 | ▓▓▓ |
| 08/07 | ▓▓▓ | 08/19 | ▓▓▓ | 08/28 | ▓▓▓ |
| 08/08 | ▓▓▓ | 08/20 | ▓▓▓ | 08/29 | ▓▓▓ |
| 08/09 | ▓▓▓ | 08/21 | ▓▓▓ | 08/30 | ▓▓▓ |
| 08/12 | ▓▓▓ | | | | |



**Bank of America**

ARIA LUCKY STAR 888 INC.   |   Account #            |   August 1, 2019 to August 31, 2019

## Check images

**Account number:**
**Amount:**

Check number: 1611   |   Amount:

Check number: 1615   |   Amount:

Check number: 1616   |   Amount:

Check number: 1617   |   Amount:

Check number: 1618   |   Amount:

Check number: 1623   |   Amount:

Check number: 1624   |   Amount:

Check number: 1625   |   Amount:

Check number: 1627   |   Amount:

continued on the next page



**Bank of America**

ARIA LUCKY STAR 888 INC.   |   Account #   |   August 1, 2019 to August 31, 2019

## Check images - continued

**Account number:**
Check number: 1628   |   Amount:

Check number: 1629   |   Amount:

Check number: 1631   |   Amount:

Check number: 1633   |   Amount:

Check number: 1634   |   Amount:

Check number: 1635   |   Amount:

Check number: 1636   |   Amount:

Check number: 1637   |   Amount:

Check number: 1638   |   Amount:

Check number: 1639   |   Amount:

continued on the next page



**Bank of America**

ARIA LUCKY STAR 888 INC.   |   Account #   ▮▮▮▮▮▮▮   |   August 1, 2019 to August 31, 2019

## Check images - continued
**Account number:** ▮▮▮▮▮▮▮

Check number: 1640   |   Amount: ▮▮▮



Check number: 1641   |   Amount: ▮▮▮



Check number: 1642   |   Amount: ▮▮▮



Check number: 1643   |   Amount: ▮▮▮



Check number: 1646   |   Amount: ▮▮▮



Check number: 1648   |   Amount:  $8,500.00



ARIA LUCKY STAR 888 INC.   |   Account # ██████████   |   August 1, 2019 to August 31, 2019

This page intentionally left blank